# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

145723

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 145723
             COA: 309518
             Kent CC: 11-004537-FH

RYAN ALAN ESBAUGH,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the July 20, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

t1113